0IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MAMIE L. GONZALES § | |
| § | |
| VS. § | CIVIL ACTION NO. 9:23-CV-00084 |
| § | JUDGE MICHAEL J. TRUNCALE |
| HARBOR HEALTHCARE SYSTEM, § | |
| LP § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 27]. The Parties advise the Court that this matter has been resolved and Plaintiff now seeks to dismiss with prejudice this action against Defendant.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all Court dates and deadlines are **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 25th day of May, 2024.**

Michael J. Truncale
United States District Judge